# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136177 & (78)


DAVID CHAMNESS,
            Plaintiff-Appellant,

v

MATTHEW S. DEPERNO,
            Defendant-Appellee,

and

STEPHEN J. HESSEN, STEPHEN l. SIMONS,
J. RYAN CONBOY and KREIS, ENDERLE,
CALLANDER & HUDGINS, P.C.,
            Defendants.

_____

SC: 136177
COA: 267691
Kalamazoo CC: 04-000658-AV

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that this application for leave to appeal is DISMISSED with prejudice and without costs.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2008

_____
Clerk